# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-2750
LT Case No. 2012-DR-064214

———————————————

KELLY WISEHEART,

    Appellant,

    v.

JEFFREY WISEHEART,

    Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
Kathryn M. Speicher, Judge.

Brandon Tyson, of Tyson Law Firm, LLC, Winter Park, and
John Vernon Moore, of Law Office of John Vernon Moore, P.A.,
Melbourne, for Appellant.

James Ippoliti, of Widerman Malek, P.L., Melbourne, for
Appellee.

May 21, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and KILBANE and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____